UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIMONE BRAHAM,

    Plaintiff,

v.                                    Case No: 8:15-cv-248-T-36TGW

FREO FLORIDA, LLC, AURORA LOAN
SERVICES, LLC, AURORA BANK FSB,
HOMECOMING FINANCIAL, LLC,
TROY PANTON, GETTI PANTON and
JOHN AND JANE DOE,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on March 2, 2015 (Doc. 9).  In the Report and Recommendation, Magistrate Judge Wilson recommends that the Court dismiss plaintiff's complaint, but allow the plaintiff to file within thirty days an amended complaint that complies with the Federal Rules of Civil Procedure.  Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 9) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Complaint (Doc. 1), is **dismissed, without prejudice**. Plaintiff is granted leave to file an amended complaint, within **thirty (30)** days from the date of this Order, which complies with the Federal Rules of Civil Procedure. **Failure to file an amended complaint within this time frame will result in dismissal of this action without further notice from the Court.**

**DONE AND ORDERED** at Tampa, Florida on March 24, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record