UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIMONE BRAHAM,

    Plaintiff,

v.                                                                    Case No: 8:15-cv-248-T-36TGW

FREO FLORIDA, LLC, AURORA LOAN
SERVICES, LLC, HOMECOMING
FINANCIAL, LLC, TROY PANTON,
GETTI PANTON, NATIONSTAR
MORTGAGE, FIRST MAGNUS
FINANCIAL OF ARIZONA, LASALLE
BANK NATIONAL ASSOCIATION,
LEHMAN BROTHERS HOLDINGS INC.,
STRUCTURED ASSET SECURITIES
CORPORATION and DOES,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on July 9, 2015 (Doc. 14). In the Report and Recommendation, Judge Wilson recommends that Plaintiff's complaint be dismissed with prejudice. Plaintiff was provided a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 14) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Amended Complaint (Doc. 11) is **dismissed, with prejudice.**

(3) The Clerk is directed to terminate all pending motions and deadlines and close this file.

**DONE AND ORDERED** at Tampa, Florida on July 29, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record